**Motion Granted; Appeal Reinstated and Dismissed and Memorandum Opinion filed September 10, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00805-CV

---

## SL GLOBAL INVESTMENTS, LLC (D/B/A SL GLOBAL ENERGY) ("SL GLOBAL") AND MAXIMO HERNANDEZ, Appellants

### V.

### PARKER DRILLING OVERSEAS B.V., Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2021-76903**

## MEMORANDUM OPINION

This is an appeal from an order signed October 27, 2022. On August 14, 2024, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer